AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

*Code Section*                                  *Offense Description*

This criminal complaint is based on these facts:

❐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to me by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*